UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| THE STATE OF LOUISIANA, by and through its attorney general, JEFF LANDRY, et al. | * * * | CIVIL ACTION NO.: 6:22-cv-01934-TAD-PJH |
| Plaintiffs, | * * | JUDGE: TERRY A DOUGHTY |
| v. | * * | MAGISTRATE JUDGE: PATRICK J HANNA |
| HORSERACING INTEGRITY AND SAFETY AUTHORITY, INC., et al., Defendants. | * * * * | |

## **ORDER**

Considering the foregoing Unopposed Motion for Extension of Time filed by Horseracing Integrity and Safety Authority, Inc.; Lisa Lazarus; Steve Beshear; Adolpho Birch; Leonard S. Coleman, Jr.; Joseph De Francis; Ellen McClain; Susan Stover; Bill Thomason; and D.G. Van Clief:

**IT IS ORDERED** that Horseracing Integrity and Safety Authority, Inc.; Lisa Lazarus; Steve Beshear; Adolpho Birch; Leonard S. Coleman, Jr.; Joseph De Francis; Ellen McClain; Susan Stover; Bill Thomason; and D.G. Van Clief be and hereby are granted an extension of time, through and including twenty-one (21) days after this Court issues a ruling on plaintiffs' pending Motion for Preliminary Injunction, within which to respond to plaintiffs' Complaint.

Lafayette, Louisiana, this  14th   day of July, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE