# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

August 08, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-30458   State of LA v. Horseracing Integrity
                  USDC No. 6:22-CV-1934

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

P.S. to all Counsel:  A briefing notice will issue separately.

Ms. Jamie Lauren Berger
Mr. Tony R. Moore
Ms. Elizabeth Baker Murrill
Mr. Lide E. Paterno
Mr. John Roach
Mr. Pratik A. Shah
Mr. Gerard J. Sinzdak
Mr. Alexander V. Sverdlov

# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-30458

---

State of Louisiana; Louisiana State Racing Commission; Louisiana Horsemens Benevolent & Protective Association 1993 Incorporated; Louisiana Thoroughbred Breeders Association; Jockeys Guild Incorporated; State of West Virginia; West Virginia Racing Commission; Bernard K. Chatters; Edward J. Fenasci; Larry Findley, Sr.; Warren Harang, III; Gerard Melancon,

*Plaintiffs—Appellees*,

*versus*

Horseracing Integrity & Safety Authority Incorporated; Lisa Lazarus; Steve Beshear; Adolpho Birch; Leonard S. Coleman, Jr.; Joseph De Francis; Ellen McClain; Susan Stover; Bill Thomason; D. G. Van Clief; Federal Trade Commission; Lina M. Khan; Alvaro Bedoya; Rebecca Kelly Slaughter; Christine S. Wilson,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:22-CV-1934

---

Before Haynes, Engelhardt, and Oldham, *Circuit Judges*.

Per Curiam:

Appellants the Federal Trade Commission, the Horseracing Integrity & Safety Authority Inc., and various individuals involved with those two entities moved for a stay of an injunction pending appeal. The district court in granting the injunction that is the subject of the motion to stay ruled only on the lawfulness of the rules and not on the constitutional issues raised which are pending before this court in another case: *Nat'l Horsemen's Benevolent & Protective Ass'n v. Black*, No. 22-10387 (5th Cir.) (currently scheduled for oral argument on August 30, 2022). The district court held that Plaintiffs had a strong likelihood of success on the following two claims: "(1) The fourteen-day period for notice and comment for each set of approved rules was insufficient under the APA and (2) Several rules go beyond the statutory authority given to HISA and the FTC." *Louisiana v. Horseracing Integrity & Safety Auth., Inc.*, No. 6:22-CV-01934, 2022 WL 2960031, at *7 (W.D. La. July 26, 2022). We conclude that the stay elements are met with respect to the insufficiency of the fourteen-day period of notice. *See* 5 U.S.C. § 553. With respect to the second part of the ruling, the district court did not address the vast majority of the regulations at issue, instead concluding only that a few of the rules within the regulations exceeded the authority. Having considered those matters, we rule as follows:

The motion to stay the district court's July 26, 2022, preliminary injunction is GRANTED in part and DENIED in part. We grant the motion to stay the injunction as to all of the regulations except for the following: Rules 8400 and 8510 and two provisions of Rule 2010: "(3) the date of the Horse's entry in a Covered Horserace" and "(4) the date of the Horse's nomination for a Covered Horserace." *See* HISA Enforcement Rule, 87 Fed. Reg. 4023, 4031 (Jan. 26, 2022); HISA Assessment Methodology Rule, 87 Fed. Reg. 9349, 9352 (Feb. 18, 2022); HISA Racetrack Safety, 87 Fed. Reg. 435, 446 (Jan. 5, 2022).

Case 6:22-cv-01130-TAD-PJH Document 116 Filed 08/08/22 Page 4 of 4 PageID #: 1651
Case: 22-30458 Document: 00516453689 Page: 3 Date Filed: 08/08/2022

No. 22-30458

It is further ORDERED that this appeal is expedited to the September 2022 oral argument sitting with the Clerk's Office directed to set a briefing schedule such that the briefing is concluded prior to that sitting.

IT IS SO ORDERED.