UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO. 6:22-CV-01934** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **HORSERACING INTEGRITY & SAFETY AUTHORITY INC ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

**MEMORANDUM ORDER**

Pending before the Court is Plaintiffs' Motion to Enforce Preliminary Injunction and for an Order to Show Cause Why the Authority Defendants Should not be Held in Contempt [Doc. No. 47]. The Motion is opposed [Doc. No. 54]. Plaintiffs have filed a reply [Doc. No. 59] to the opposition.

Plaintiffs moves for the Court to issue an order enforcing its preliminary injunction [Doc. No. 39] against Defendants, directing them to comply with the preliminary injunction in all respects, and ordering the Authority Defendants, including Lisa Lazarus, to show cause why they should not be held in contempt for "willfully violating this Court's injunction" [Doc. No. 47, p. 1].

Defendants respond that Plaintiffs' Motion is "beyond the pale" because of the United States Court of Appeals for the Fifth Circuit has stayed the preliminary injunction.

Further, because Defendants have filed a Notice of Appeal [Doc. No. 40] before filing the Motion for Clarification of Preliminary Injunction Order, this Court does not have jurisdiction to enforce the preliminary injunction or hold Defendants in contempt. The filing of a notice of appeal confers jurisdiction on the Court of Appeals and divests this Court over their aspects of the case

as it rests before the Court of Appeals.[1]  Once jurisdiction has divested, this Court may not take any action that would alter the status of the case as it rests before the Court of Appeals.[2]

Because the appeal involves the Preliminary Injunction at issue, this Court lacks jurisdiction to enforce the preliminary injunction or hold Defendants in contempt.

Therefore, Plaintiffs' Motion to Enforce Preliminary Injunction and for an Order to Show Cause Why the Authority Defendants Should not be Held in Contempt [Doc. No. 47] [Doc. No. 47] is **DENIED**.

MONROE, LOUISIANA, this 15th day of August 2022.

_____
Terry A. Doughty
United States District Judge

---

[1] *Marrese v. Am. Academy of Orthopedic Surgeons* 470 U.S. 373, 379 (1985)
[2] *Dayton Indep. School Dist .v. U.S. Min. Prods.,* 906 F.2d 1059, 1063 (5th Cir. 1990)